IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
    v                             )          CR. NO. 2:07-CR-178-WKW
                                  )
CHRISTOPHER KENDELL RUSH          )

## ORDER

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing

was convened on August 23, 2007.  At that time in open court in the presence of his

counsel, the defendant waived his right to a hearing.  The record before the court

establishes that the defendant is statutorily eligible for detention.

Therefore, it is ORDERED that the defendant is committed to the custody of the

Attorney General or his designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or being

held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity

for private consultation with defense counsel.  On order of a court of the United States or

on request of an attorney for the Government, the person in charge of the corrections

facility shall deliver the defendant to the United States marshal for the purpose of an

appearance in connection with a court proceeding.

Done this 23rd day of August, 2007.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE