IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-178-WKW |
| | ) | |
| CHRISTOPHER KENDELL RUSH | ) | |

**ORDER**

Upon consideration of the motion to withdraw as counsel filed by counsel for the defendant, it is

ORDERED that a hearing and oral argument be and is hereby set on October 5, 2007, at 9:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The defendant shall be present for this hearing. If the defendant is in custody the United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 27th day of September, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE