IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-178-WKW |
| | ) | |
| CHRISTOPHER KENDELL RUSH | ) | |

## **ORDER**

Upon consideration of the motion to withdraw as counsel (doc. # 18) filed by counsel for the defendant and the argument heard at an ex parte proceeding held October 5, 2007, the court finds that the relationship between the defendant and his counsel is irretrievably impaired such that new counsel must be appointed. Accordingly, it is

ORDERED that the motion be and is hereby GRANTED and that a panel attorney be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance.

Done this 5th day of October, 2007.


                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE