THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
VS. ) CASE NO: CC-2:07CR178-WKW
)
CHRISTOPHER K. RUSH )
)

### NOTICE OF APPEARANCE

**COMES NOW**, the Honorable Roianne Houlton Conner, and the Law Office of Roianne Houlton Conner, and hereby notifies this Honorable Court of their appearance as Counsel of record for Christopher Kendell Rush, in the above style case.

Respectfully submitted on this the 9th day of October, 2007.

_____
ROIANNE HOULTON CONNER
ASB -9677-R77R

OF COUNSEL:

LAW OFFICE OF ROIANNE HOULTON CONNER
P.O. BOX 240458
250 WINTON BLOUNT LOOP
MONTGOMERY, ALABAMA 36124
mrsrhconner@yahoo.com
(334) 215-1988

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and Notice of Appearance by mailing the same to the Honorable Verne Speirs, U.S. Attorney's office, P O Box 197, Montgomery, AL 36101-0197 by pre-paid U.S. Mail on this 9th day of October, 2007.

_____
ROIANNE HOULTON CONNER