THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
VS. ) CASE NO: CC-2:07CR178-WKW
)
CHRISTOPHER K. RUSH )
)

## MOTION TO CONTINUE

**COMES NOW**, the Honorable Roianne Houlton Conner, and the Law Office of Roianne Houlton Conner, and hereby moves this Honorable Court Conner to continue the Court day set for November 5, 2007, and as cause therefore states as follows:

1. That Counsel for Christopher K. Rush was notified this date that the U.S. Federal Defenders Office for the Middle District of Alabama had a conflict and thereby had to withdraw as counsel for the Defendant.

2. That Counsel has accepted the appointment as new counsel.

3. As of the writing of this Motion, new Counsel does not have discovery nor has she met with the Defendant.

4. Counsel is requesting a continuance of the trial date in order to properly evaluate and prepare the said case.

**Respectfully** submitted on this the 9th day of October, 2007.

ROIANNE HOULTON CONNER
ASB -9677-R77R

OF COUNSEL:

LAW OFFICE OF ROIANNE HOULTON CONNER
P.O. BOX 240458
250 WINTON BLOUNT LOOP
MONTGOMERY, ALABAMA 36124
mrsrhconner@yahoo.com
(334) 215-1988

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and Notice of Appearance by mailing the same to the Honorable Verne Speirs, U.S. Attorney's office, P O Box 197, Montgomery, AL 36101-0197 by pre-paid U.S. Mail on this 9t$^h$   day of October, 2007.

ROIANNE HOULTON CONNER