### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:07-CR-178-WKW** |
| | ) | |
| **CHRISTOPHER KENDALL RUSH** | ) | |

### ORDER

Pursuant to defendant's *Pros Se Motion to Appointed Counsel* (Doc. #25) filed October 9, 2007, it is

**ORDERED** that the motion be and is hereby **DENIED** as **Moot.** The Court entered an Order (Doc. # 20) on October 5, 2007 directing that panel attorney be appointed. CJA Panel Attorney Roianne H. Conner has entered her notice of appearance to represent the defendant for all further proceedings.

Done this 12th day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE