### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:07-CR-178-WKW** |
| | ) | |
| **CHRISTOPHER KENDALL RUSH** | ) | |

### ORDER

Based upon this court's order setting the trial in the above-styled case on the February 4, 2008 trial term, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **December 20, 2007, at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 12th day of October, 2007.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE