```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
v.                           )     CR. NO. 2:07cr178-WKW
                             )
CHRISTOPHER KENDELL RUSH     )
```

MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the indictment returned August 15, 2007. As grounds, the United States shows that defendant Rush has no ownership interest in the firearm and ammunition.

A proposed Order is filed herewith.

Respectfully submitted this 5th day of February, 2008.

                                          LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/Tommie Brown Hardwick
                                        TOMMIE BROWN HARDWICK
                                        Assistant United States Attorney
                                        Bar Number: ASB4152 W86T
                                        131 Clayton Street
                                        Montgomery, Alabama 36104
                                        Phone: (334) 223-7280
                                        Fax: (334) 223-7135
                                        E-mail: tommie.hardwick@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr178-WKW |
| | ) | |
| CHRISTOPHER KENDELL RUSH | ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE