**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:07-cr-0178-WKW** |
| | ) | |
| **CHRISTOPHER KENDELL RUSH** | ) | |

## JURY VERDICT

1.    As to the charge contained in Count One of the Indictment, we, the Jury, find the

Defendant:        \_\_\_\_\_        Not Guilty

                            **or**

        X        Guilty.

2.    As to the charge contained in Count Two of the Indictment, we, the Jury, find the

Defendant:        \_\_\_\_\_        Not Guilty

                            **or**

        X        Guilty.

So Say We All.

This the 5th day of February, 2008.

_____
Foreperson