IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )       Case No. 2:07-cr-0178-WKW
                              )
CHRISTOPHER KENDELL RUSH      )

## ORDER

Upon consideration of the United States' Motion to Substitute Counsel (Doc. # 39),

it is ORDERED that the motion is GRANTED.  Furthermore, it is ORDERED that the

United States' Motion to Strike Forfeiture Allegation (Doc. # 40) is GRANTED and the

forfeiture allegation is hereby STRICKEN from the indictment returned August 15, 2007.

DONE this 6th day of February, 2008.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE