IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:07-cr-0178-WKW |
| ) | |
| CHRISTOPHER KENDELL RUSH ) | |

## **ORDER**

Upon consideration of the defendant's motion (Doc. # 48) for a continuance of the sentencing hearing, it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from April 18, 2008, to **April 29, 2008, at 10:15 a.m.**

It is ORDERED that the defendant's motion (Doc. # 48) for an enlargement of time to object to the presentence report is GRANTED and the deadline for objecting is extended to **April 21, 2008**.

Furthermore, in consideration of the motion to withdraw (Doc. # 48) by the defendant's counsel, it is ORDERED that the Government shall respond in writing **on or before April 16, 2008**.

DONE this the 10th day of April, 2008.

        /s/  W. Keith Watkins
    UNITED STATES DISTRICT JUDGE