IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR178-WKW |
| | ) | |
| CHRISTOPHER KENDELL RUSH | ) | |

### UNITED STATES RESPONSE TO THE MOTION TO WITHDRAW COUNSEL, REQUEST FOR EXTENSION OF TIME TO OBJECT AND CONTINUANCE OF SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and responds to the Motion to Withdraw as Counsel, And Request For Extension of Time To Object to Pre-Sentence Report, And Request For Continuance of Sentencing:

1)   The United States has no opposition to defendant's motion to allow Attorney Connor to withdraw as counsel, or for an Extension of Time to Object to the Pre-Sentence Report, or to a Continuance of Sentencing.

2)   The undersigned counsel has spoken with Attorney Connor and is assured that the motion is well founded.

Respectfully submitted this 16th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280   (334) 223-7138 Fax
verne.speirs@usdoj.gov

```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
        v.                   )     CR. NO. 2:07CR178-WKW
                             )
CHRISTOPHER KENDELL RUSH     )
```

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Roianne Connor.

```
                         Respectfully submitted,

                         LEURA G. CANARY
                         UNITED STATES ATTORNEY

                         /s/ Verne H. Speirs
                         VERNE H. SPEIRS
                         Assistant United States Attorney
                         131 Clayton Street
                         Montgomery, Alabama 36104-3429
                         (334) 223-7280
                         (334) 223-7138 Fax
                         verne.speirs@usdoj.gov
```