IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0178-WKW |
| | ) | |
| CHRISTOPHER KENDELL RUSH | ) | |

**<u>ORDER</u>**

On March 28, 2008, the defendant's counsel filed a motion to withdraw (Doc. # 48) from the case because the defendant is once again displeased by his attorney's representation.[1] Yesterday, the government filed its response (Doc. # 50) wherein it indicated no opposition to the motion to withdraw. Therefore, in light of the unopposed nature of the motion to withdraw, it is ORDERED that:

1. A panel attorney shall be appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

2. Upon filing of the newly appointed counsel's notice of appearance, the motion to withdraw (Doc. # 48) will be granted.

DONE this the 18th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The defendant's first appointed counsel also withdrew under similar circumstances, (Doc. # 18; Doc. # 20), which in part necessitated two continuances of his trial. (Doc. # 15; Doc. # 24.)