IN THE UNITED STATES DISTRICT COURT FOR RECEIVED

THE MIDDLE DISTRICT OF ALABAMA

2008 APR 18  A 11: 25

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * 2:07cr0178-WKW | |
| CHRISTOPHER KENDELL RUSH | * | |

### NOTICE OF APPEARANCE

COMES NOW, Attorney Pate DeBardeleben, and gives notice that he shall represent the

interest of the above named Christopher Kendell Rush, in all matters of the above styled case.

Respectfully submitted this the 18th day of April, 2008.

Pate DeBardeleben, Attorney for Christopher Kendell Rush

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Verne Speirs

by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 18th day of April, 2008.

Pate DeBardeleben