IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Case No. 2:07-cr-0178-WKW |
| ) | |
| CHRISTOPHER KENDELL RUSH ) | |

## **ORDER**

Upon consideration of the motion to withdraw (Doc. # 48) and the notice of appearance by the defendant's newly appointed counsel, it is ORDERED that the motion to withdraw (Doc. # 48) is GRANTED, and that Roianne Houlton Conner is now WITHDRAWN from the case.

DONE this 24th day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE