IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2008 APR 29  A 10: 47

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| | * |
| v. | * CASE NO. 2:07-cr-0178-WKW |
| | * |
| CHRISTOPHER KENDELL RUSH | * |
| Defendant | |

### CHRISTOPHER KENDELL RUSH'S NOTICE OF APPEAL

COMES NOW the above named Defendant Christopher Kendell Rush and, through court-appointed counsel, gives notice of appeal to his conviction and subsequent sentencing on February 5, 2008 and April 29, 2008 respectfully.

This appeal will be taken to the 11th Circuit Court of Appeals. The Defendant has been previously ruled indigent and any payment of fees associated with said appeal should be waived.

Respectfully submitted this the 29th day of April, 2008.

*[signature]*

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Verne Speirs with the United States Attorney's Office by mailing to P.O. Box 197, Montgomery, AL 26101-197 this the 29th day of April, 2008.

*/s/ Pate DeBardeleben*

Pate DeBardeleben