Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

May 07, 2008

**Appeal Number: 08-12341-B**
Case Style: USA v. Christopher Kendell Rush
District Court Number: 07-00178 CR-W-N

TO:  Crowell Pate DeBardeleben

CC:  Debra P. Hackett

CC:  Verne H. Speirs

CC:  John T. Harmon

CC:  Tommie Brown Hardwick

CC:  Matthew W. Shepherd

CC:  Leura Garrett Canary

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 07, 2008

Crowell Pate DeBardeleben
Attorney at Law
2835 ZELDA RD
MONTGOMERY  AL  36106-2667

**Appeal Number: 08-12341-B**
Case Style: USA v. Christopher Kendell Rush
District Court Number:  07-00178 CR-W-N

Party To Be Represented: CHRISTOPHER KENDELL RUSH

Dear Counsel:

We are pleased to advise that you have been appointed to represent on appeal the indigent litigant named above.  This work is comparable to work performed pro bono publico.  The fee which you will receive likely will be less than your customary one due to limitations on the hourly rate of compensation contained in the Criminal Justice Act (18 U.S.C.§ 3006A), and consideration of the factors contained in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

Your Criminal Justice Act (CJA) Voucher is enclosed.  The following additional documents are available on the internet at www.ca11.uscourts.gov:

- Instructions for Completing CJA Voucher
- Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information
- Addendum Four to the Eleventh Circuit Rules entitled "Eleventh Circuit Plan Under the Criminal Justice Act"

For questions concerning the CJA voucher, or if you do not have internet access and would like copies of these documents mailed to you, you may call the CJA Clerk at 404-335-6122.  For all other questions, please call the "Reply To" number shown below.

Your claim for compensation under the Act should be submitted within 60 days after issuance of mandate or filing of a cert. petition.  We request that you enclose with your completed CJA Voucher one additional copy of each brief, petition for rehearing, and cert. petition which you have filed.  Please ensure that your voucher includes a detailed description of the work you performed.

Thank you for accepting this appointment under the Criminal Justice Act.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

CJA-1 (8-2007)