Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 28, 2008

**Appeal Number: 08-12341-B**
Case Style: USA v. Christopher Kendell Rush
District Court Number: 07-00178 CR-W-N

TO:   Mitchell Reisner

CC:   Crowell Pate DeBardeleben

CC:   Verne H. Speirs

CC:   Debra P. Hackett

CC:   John T. Harmon

CC:   Tommie Brown Hardwick

CC:   Matthew W. Shepherd

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 28, 2008

Mitchell Reisner
222 CLOVERFIELD RD
HOPE HULL  AL  36043-5550

**Appeal Number: 08-12341-B**
Case Style: USA v. Christopher Kendell Rush
District Court Number:  07-00178 CR-W-N

TRANSCRIPT DUE:  June 9, 2008
_____
(30 days from appellant's certification)

We have not received your acknowledgement of the enclosed transcript order form and certification of completion of financial arrangements.  We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

c:  District Court Clerk
    Counsel of Record

* For the 2/4/08 & 2/5/08 trial.

Encl.

RPTR-1 (03-2004)

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.   TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __USA__ vs __RUSH__

District Court No.: __2:07-CR-178-WKW__ Date Notice of Appeal Filed: __4-27-08__ Court of Appeals No.: __08-12341B__ (If Available)

CHOOSE ONE:   ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | 2-04/05-08 | J. WATKINS | MITCHELL REISNER |
| ☐ Trial | 2-04/05-08 | J. WATKINS | MITCHELL REISNER |
| ☐ Sentence | 4-29-08 | J. WATKINS | RISA ENTREKIN |
| ☐ Other | | | |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __C. PATE DeBARDELEBEN__
Name of Firm: __C. PATE DeBARDELEBEN, LAW OFFICE__
Street Address/P.O. Box: __2835 ZELDA RD.__
City/State/Zip Code: __MONTGOMERY, AL. 36106__   Phone No.: __334-213-0609__

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __5-9-08__   SIGNED: __C. Pate DeBardeleben__   Attorney for: __CHRISTOPHER RUSH__

## PART II.   COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____

DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____   Signature of Court Reporter: _____

U.S. GOVERNMENT PRINTING OFFICE: 2005-735-932/39003