Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 16, 2008

**Appeal Number: 08-12341-B**
Case Style: USA v. Christopher Kendell Rush
District Court Number: 07-00178 CR-W-N ()

CC: Crowell Pate DeBardeleben

CC: Daniel Gary Hamm

CC: Verne H. Speirs

CC: Debra P. Hackett

CC: John T. Harmon

CC: Tommie Brown Hardwick

CC: Matthew W. Shepherd

CC: Leura Garrett Canary

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 16, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-12341-B**
Case Style: USA v. Christopher Kendell Rush
District Court Number: 07-00178 CR-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

\* CJA-20 to be issued by separate letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 6 2008

THOMAS K. KAHN
CLERK

08-12341-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER KENDELL RUSH,

Defendant-Appellant.

_____

On Appeal from the United States District Court for the
Middle District of Alabama
_____

O R D E R:

Appellant's motion to substitute Daniel G. Hamm in place of Pate DeBardeleben as Appellant's appointed counsel of record is GRANTED, in light of Mr. Hamm's agreement to accept the appointment and because substituting counsel at this stage of the appeal should not prejudice the Government or delay the proceedings.

/s/ WILLIAM H. PRYOR, JR.
UNITED STATES CIRCUIT JUDGE